# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DONALD SHUMARD, individually
and on behalf of all others similarly situated          PLAINTIFF

VS.          Case No. 4:19CV00426 SWW

PILOT CORPORATION and
PILOT TRAVEL CENTERS, LLC          DEFENDANTS

## ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 18th day of June 2019.

         AT THE DIRECTION OF THE COURT
         JAMES W. McCORMACK, CLERK

         BY: Heather Clark
             Courtroom Deputy to
             U.S. District Judge Susan Webber Wright