**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DONALD SHUMARD, Individually**          **PLAINTIFF**
**and on behalf of all others similarly situated**

**v.**          **CASE NO. 4:19-CV-00426 BSM**

**PILOT CORPORATION, et al.**          **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE