# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONALD SHUMARD, Individually**     **PLAINTIFF**
**and on behalf of all others similarly situated**

v.     **CASE NO. 4:19-CV-00426 BSM**

**PILOT CORPORATION, et al.**     **DEFENDANTS**

## ORDER

Donald Shumard has filed a notice of voluntary dismissal. Doc. No. 23. Accordingly, this case is dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED this 10th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE